# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-461-RJC-DCK

| | |
|---|---|
| CRESCENT UNIVERSITY CITY VENTURE LLC, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **ORDER** ) |
| ADOLFSON & PETERSON INC. and ARCH INSURANCE COMPANY, | ) ) ) ) |
| **Defendants.** | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Admit Pro Hac Vice (Douglas L. Patin)" (Document No. 27) filed December 9, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion To Admit Pro Hac Vice (Douglas L. Patin)" (Document No. 27) is **GRANTED**. Douglas L. Patin is hereby admitted *pro hac vice* to represent Plaintiff Crescent University City Venture LLC.

Signed: December 9, 2015

David C. Keesler
United States Magistrate Judge