UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-461-RJC-DCK

| | |
|---|---|
| CRESCENT UNIVERSITY CITY VENTURE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ADOLFSON & PETERSON, INC. and ARCH INSURANCE COMPANY, | ) ) ) |
| Defendants/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| BB&M ARCHITECTURE, PLLC, SCA ENGINEERS, INC., MADISON CONSTRUCTION GROUP, INC., TRUSSWAY MANUFACTURING, INC., and T.A. KAISER HEATING & AIR, INC., | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

**ORDER**

**THIS MATTER** comes before Defendant and Third-Party Plaintiff Adolfson & Peterson, Inc.'s ("A&P") Motion for Entry of Default as to Third-Party Defendant Trussway Manufacturing, Inc. (the "Motion"), (Doc. No. 46), filed on January 21, 2016. Since that date, Third-Party Defendant Trussway Manufacturing, Inc. ("Trussway") has made an appearance in this case by responding to A&P's Motion, (Doc. No. 61), and by filing its Answer, (Doc. No. 68). Trussway also indicates in its Response in Opposition to the Motion that it has conferred with A&P and that A&P has agreed to withdraw its Motion. (Doc. No. 61 at 1). Accordingly, the Court finds good cause to deny the Motion.

**IT IS, THEREFORE, ORDERED** that A&P's Motion for Entry of Default as to Third-

Party Defendant Trussway Manufacturing, Inc., (Doc. No. 46), is **DENIED**.

Signed: March 29, 2016

Robert J. Conrad, Jr.
United States District Judge